United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1885

_____

African-American Voting Rights Legal   *
Defense Fund, Inc.; Elbert A. Walton;   *
Charles Q. Troupe; O. L. Shelton;   *
Vernon Thompson; Errol S. Bush;   *
Theodore Hoskins; Phillip B. Curls;   *
Robert Bradley; Luretta B. Hawkins;   *
St. Louis Council of Black Elected   *
Officials, Inc.; Black Elected County   *
Officials, Inc.,   *
  *
          Appellants,   *
  *
      v.   *
  *  Appeal from the United States
State of Missouri; Leo G. Stoff; George   *  District Court for the
Mehan; Judith Coleman; James R.   *  Eastern District of Missouri.
Willard; Cynthia L. Ewert; Junious   *
Buchanan; Ann M. Presley; Board of   *       [UNPUBLISHED]
Election Commissioners, Jackson   *
County, Missouri, in their official   *
capacity; Thomas F. Simon, in his   *
official capacity; Vivian Schmidt, in her   *
official capacity as a member of the   *
Board of Election Commissioners of the   *
County of St. Louis, MO; Francis   *
Barnes, III, also known as Bud Barnes,   *
in his official capacity as a member of   *
the Board of Election Commissioners of   *
the County of St. Louis, MO; Patrick   *
Hickey, Jr., in his official capacity as a   *
member of the Board of Election   *

Commissioners of the County of St.          *
Louis, MO; Mel Carnahan; Rebecca            *
Cook; Stanley A. Grimm; Gary A.             *
Fenner; Edward D. Robertson; Mavis          *
Thompson; Gene Overall; Jaci Morgan;        *
John Moten,                                 *
                                            *
      Appellees.                          *

————————

Submitted:  January 14, 1998
Filed:  February 4, 1998

————————

Before BOWMAN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and
     JONES,[1] District Judge.

————————

PER CURIAM.

After a bench trial, the District Court[2] rejected plaintiffs' claims that the Missouri Non-Partisan Court Plan provisions for the selection of appellate court and certain trial court judges are invalid under the Voting Rights Act and the Constitution. The court set forth its findings of fact and conclusions of law in a fifty-five page opinion, and entered judgment for the State of Missouri and the other named defendants. Plaintiffs appeal.

—————

[1]The Honorable John B. Jones, United States District Judge for the District of South Dakota, sitting by designation.

[2]The Honorable Edward L. Filippine, United States District Judge for the Eastern District of Missouri.

Having considered the case, we conclude that the decision of the District Court is correct and that extended discussion would add nothing of substance to the thorough and well-reasoned opinion of that court.

The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.